Gary E. Rhoades, OSB No. 70120
Internet E-Mail Address: ger@rhoadespc.com
Gary E. Rhoades, P.C.
1437 SW Columbia Street
Portland, Oregon 97201
Telephone: (503) 224-2297
Facsimile: (503) 595-1332

Joel B. Ard, Admitted *Pro Hac Vice*
Internet E-Mail Address: jard@blacklaw.com
Mark L. Lorbiecki, Admitted *Pro Hac Vice*
Internet E-Mail Address: lorbiecki@blacklaw.com
BLACK LOWE & GRAHAM$^{PLLC}$
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Telephone: (206) 381-3300
Facsimile: (206) 381-3301
Attorney for Defendants

FILED 10 JAN 26 7 50 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CONCRETIZE, INC., <br><br> Plaintiff, <br> v. <br> FIRESHIELD, INC. et al., <br><br> Defendants. | Civil Action No. 3:08-cv-213-BR <br><br><br> VOLUNTARY DISMISSAL WITH <br> PREJUDICE OF CLAIMS AGAINST <br> THIRD-PARTY BYRON WHIPPLE |
| FIRESHIELD, INC. <br><br> Third-Party Plaintiff <br> vs. <br> BYRON WHIPPLE, <br><br> Third-Party Defendant. | |

VOLUNTARY DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST THIRD-PARTY BYRON
WHIPPLE - 1

HYDR-6-1002 Voluntary Dismissal of BW.doc

Defendant and Third-Party Plaintiff Fireshield, Inc. and Third-Party Defendant Byron Whipple hereby inform the court that they have settled their respective claims for relief asserted in this case. It is hereby stipulated by the parties, through their counsel, that all claims in this action may be dismissed without prejudice and that each party shall bear its costs and attorney's fees.

### ORDER

Therefore, this matter having come before the Court pursuant to the agreement of the parties:

IT IS HERBY ORDERED that all claims in this action are dismissed ~~without~~ prejudice and that each party shall bear its own cost and attorneys fees.  *with x/o 1-25-10*

DATED this 25th day of January 2010.

_____
United States District Judge

Stipulation Confirmed and Jointly Presented by:

Mark L. Lorbiecki (Pro Hac Admission)        Byron Whipple
Email: lorbiecki@blacklaw.com
BLACK LOWE & GRAHAM^PLLC
701 Fifth Avenue, Suite 4800                 Pro se
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Third Party Plaintiffs
Fireshield, Inc

DEFENDANT FIRESHIELD, INC.'S THIRD-
PARTY COMPLAINT AGAINST BYRON
WHIPPLE – 2
HYDR-6-1002 Voluntary Dismissal of BW.doc

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THIRD-PARTY BYRON WHIPPLE on:

>   **Matthew A. Levin, OSB #003054**
>   **Stacy R. Owen, OSB #074826**
>   MARKOWITZ, HERBOLD, GLADE
>   & MEHLHAF, P.C.
>   Suite 3000 Pacwest Center
>   1211 S.W. Fifth Avenue
>   Portland, OR 97204

By causing a full, true, and correct copy thereof, addressed to the last-known office address of the attorney, sent by the following indicated methods or methods, on the dated set forth below:

____ by **mailing** in a sealed, first-class postage-prepared envelope and deposited with the United States Postal Service at Portland, Oregon.

____ by **hand-delivery**.

____ by sending via **overnight courier** in a sealed prepaid envelope.

____ by **faxing** to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office.

**XXX** by **Notice of electronic filing** using the cm/ECF system.

DATED:   This 23rd day of January, 2010.

>   BLACK LOWE & GRAHAM^PLLC
>
>   s/ Mark L. Lorbiecki
>   Mark L. Lorbiecki, Admitted Pro Hac Vice
>   Joel B. Ard, Admitted Pro Hac Vice
>   701 Fifth Avenue, Suite 4800
>   Seattle, Washington 98104
>   Telephone: (206) 381-3300
>   Facsimile: (206)381-3301
>   Attorneys for Defendant Fireshield, Inc.
>
>   Gary E. Rhoades, OSB No. 70120
>   GARY E. RHOADES, P.C.
>   1437 SW Columbia Street
>   Portland, Oregon 97201
>   Telephone: (503) 224-2297
>   Facsimile: (503) 595-1332

DEFENDANT FIRESHIELD, INC.'S THIRD-
PARTY COMPLAINT AGAINST BYRON
WHIPPLE – 3
HYDR-6-1002 Voluntary Dismissal of BW.doc